# JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE MCMAHON, ON BEHALF OF HIMSELF; CHRISTOPHER BENGSTSON, ON BEHALF OF HIMSELF; AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TAKE-TWO INTERACTIVE SOFTWARE, INC; AND TAKE-TWO INTERACTIVE SOFTWARE, INC., DBA "ROCKSTAR"; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No. EDCV 13-02032-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>January 29, 2014</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge