United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 6, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Bruce Mcmahon, et al.,

        Plaintiffs,

v.

Take-Two Interactive Software, Inc., et al.

        Defendants.

EDCV 13-02032-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendants' Motion to Dismiss Second Amended Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 7/6/17

                                          Virginia A. Phillips
                                     Chief United States District Judge